UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CUBA-DIAZ

v.                                   NO. 3:02cv428 (JBA)

WINDHAM, ET AL

FILED
Nov 19  4 32 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #61, #70]

Motion to Preclude Expert Testimony [doc. #61] is GRANTED, on consent. There will be no expert testimony at trial.

Motion to Strike Defendant's Objections [doc. #70] is DENIED. Defendants' objections have either been resolved (see record of 11/18/03) or await trial disposition.

IT IS SO ORDERED.

/s/ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **November 19, 2003**