TOTAL TIME: ___ hours  30 minutes  
DEPUTY CLERK  Beth  
RPTR/ERO/TAPE  Martin

DATE 12/3/4    START TIME 1030    END TIME 1040  
LUNCH RECESS FROM ___ TO ___  
RECESS FROM ___ TO ___  (if more than 1/2 hour)

Cuba-Diaz  
vs.  
Windham et al

CIVIL NO. 02CV428  
§  
§  
§  [X] SEE ATTACHED CALENDAR FOR COUNSEL  
§  
§

_____ Plaintiffs Counsel  
_____ Defendants Counsel

**CIVIL JURY SELECTION/CALENDAR CALL**

[ ]........ [ ] (call./h) Call of the Calendar held  [ ] (call./set) Call of the Calendar over to _____  
[X]........ [X] (jyselect./h) Jury Selection held  [ ] Jury Selection continued until _____  
[ ]....#__ Motion _____  [ ] granted [ ] denied [ ] advisement  
[ ]....#__ Motion _____  [ ] granted [ ] denied [ ] advisement  
[ ]....#__ Motion _____  [ ] granted [ ] denied [ ] advisement  
[ ]....#__ Motion _____  [ ] granted [ ] denied [ ] advisement  
[ ]........  _____  [ ] filed [ ] docketed  
[ ]........  _____  [ ] filed [ ] docketed  
[ ]........  _____  [ ] filed [ ] docketed  
[ ]........  _____  [ ] filed [ ] docketed  
[ ]........ _____ # jurors present  
[ ]........ Voir Dire oath administered by Clerk [ ] previously administered by Clerk  
[ ]........ Voir Dire by Court  
[ ]........ Peremptory challenges exercised (See attached)  
[ ]........ Jury of ____ drawn (See attached) [ ] and sworn [ ] Jury Trial commences  
[ ]........ Remaining jurors excused  
[ ]........ Discovery deadline set for _____  
[ ]........ Disposition Motions due _____  
[ ]........ Joint trial memorandum due _____  
[ ]........ Trial continued until _____ at _____

[ ] COPY TO: JURY CLERK

\* Case Settled.

**3:02-cv-00428-JBA** Cuba-Diaz v. Windham, et al
Janet Bond Arterton, presiding
**Date filed:** 03/08/2002 **Date of last filing:** 11/19/2003

# Case Summary

| | | | |
|---|---|---|---|
| **Office:** | New Haven | **Filed:** | 03/08/2002 |
| **Jury Demand:** | None | **Demand:** | 0 |
| **Nature of Suit:** | 440 | **Jurisdiction:** | Federal Question |
| **Cause:** | 28:1441 Notice of Removal | **Disposition:** | |
| **County:** | Windham | **Terminated:** | |
| **Origin:** | 2 | **Reopened:** | |
| **Lead Case:** | None | | |
| **Related Case(s):** | None | **Other Court Case(s):** None | |

**Flags:** JGM, REFCNF, SM
**Party 1:** Bruno Cuba-Diaz   (Plaintiff)
**Party 2:** Coriaty   (Defendant)
**Atty:** Sebastian O. DeSantis         **Represents party 1:** Plaintiff   **Phone:** 860-444-0144
                                                                             **Email:** desantis@sdwllc.com
**Atty:** Darren G. Waggoner          **Represents party 1:** Plaintiff   **Phone:** 860-444-0144
**Atty:** Josephine A. Spinella       **Represents party 2:** Defendant  **Phone:** 860-278-2650
**Atty:** Frank J. Szilagyi           **Represents party 2:** Defendant  **Phone:** 860-278-2650