UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CUBA-DIAZ                         :

v.                                : NO. 3:02cv428 (JBA)

WINDHAM, ET AL                    :

FILED
DEC 3  11 53 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### NOTICE TO COUNSEL

On December 03, 2003, Magistrate Judge Margolis reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 02, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

*Betty J. Torday*

Dated at New Haven, Connecticut: December 03, 2003