UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 3, 2003

9:00 A.M.

*Held 9:55 - 10:27 (32 min) Settled*

CASE NO. 3:02CV428 (JBA)  **Cuba-Diaz v. Town of Windham, et al.**

✓ Sebastian O. DeSantis					Bruno Cuba-Diaz
  Sabilia DeSantis & Waggoner
  The Ockford Hose Company Bldg
  247 Shaw St., PO Drawer 191
  New London, CT 06320
  860-444-0144
  desantis@sdwllc.com

  Josephine A. Spinella					Coriaty
  Silvester, Daly & Delaney				King
  72 Russ St.							Yarchak
  Hartford, CT 06106					Town of Windham
  860-278-2650

✓ Frank J. Szilagyi					Coriaty
  Silvester, Daly & Delaney				King
  72 Russ St.							Yarchak
  Hartford, CT 06106					Town of Windham
  860-278-2650

✓ Darren G. Waggoner					Bruno Cuba-Diaz
  Sabilia DeSantis & Waggoner
  The Ockford Hose Company Bldg
  247 Shaw St., PO Drawer 191
  New London, CT 06320
  860-444-0144

									BY ORDER OF THE COURT
									KEVIN F. ROWE, CLERK