UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUNO CUBA-DIAZ, )
Plaintiff, )
) NO: 3:02CV428 (JBA)
v. )
)
)
TOWN OF WINDHAM, ET. AL., )
Defendants. )
) December 31, 2003

FILED

## AGREEMENT FOR JUDGMENT

WHEREAS, the Parties have entered into a Confidential Settlement Agreement and Release of Claims ("Settlement Agreement"), which is incorporated herein by reference.[1]

NOW, THEREFORE, the Parties hereby agree that Judgment shall enter in this action for Plaintiff against Defendants for the amount stated in the Settlement Agreement. All Parties waive any right they might have to (1) receive attorney's fees, (2) receive costs or (3) appeal.

Respectfully submitted,

Plaintiff,
By one of his attorneys:
Darren G. Waggoner, FBN CT25014
Sabilia, DeSantis & Waggoner, LLC
247 Shaw Street
New London, CT 06320
860.444.0144

---

[1] The Parties agree that no Party shall file the Settlement Agreement in any Court <u>except</u> as necessary to support a complaint or motion to enforce same. In such case, the Party filing the Settlement Agreement shall take all steps reasonably necessary to ensure that said Settlement Agreement is filed under seal.



_____
Defendant,
By one of his attorneys:
Frank J. Szilagyi, FBN CT07859
Silvester & Daly
72 Russ Street
Hartford, CT 06106
860.278.2650

Page 2 of  2