UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUNO CUBA-DIAZ

       V.                           CIVIL NO.  3:02CV 428 (JBA)

TOWN OF WINDHAM
CORIATY, KING &
YARCHAK

JUDGMENT

       This matter came on for consideration on the parties Agreement for Judgment before the Honorable Janet Bond Arterton, United States District Judge.

       On December 3, 2003, the Honorable Janet Bond Arterton, United States District Judge approved the settlement agreement in open court.  Defendants' King and Yarchak were dismissed on August 1, 2003.

       Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in accordance with the terms and conditions of the settlement agreement.

       Dated at New Haven, Connecticut this 14th day of January, 2004.

                                                              KEVIN F. ROWE, CLERK

                                                            BY___/s/_____
                                                                Betty J. Torday
                                                                Deputy Clerk

EOD_____